John E. DANIELS, Plaintiff—
Appellant,

v.

Captain WILLIAMS, Lexington County
Detention Center; Major Harris, Lex-
ington County Detention Center;
Lieutenant Garrison, Lexington
County Detention Center, sued in
their official, individual and personal
capacity, Defendants—Appellees,

and

Lexington County Detention
Center, Defendant.

No. 04–6109.

United States Court of Appeals,
Fourth Circuit.

Submitted April 15, 2004.

Decided April 22, 2004.

John E. Daniels, Appellant pro se.

Matthew Blaine Rosbrugh, Davidson,
Morrison & Lindemann, P.A., Columbia,
South Carolina, for Appellees.

Before NIEMEYER and GREGORY,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM.

John E. Daniels seeks to appeal the
district court's order dismissing his 42
U.S.C. § 1983 (2000) complaint. We dis-
miss the appeal for lack of jurisdiction
because the notice of appeal was not timely
filed.

Parties are accorded thirty days after
the entry of the district court's final judg-
ment or order to note an appeal, Fed.
R.App. P. 4(a)(1)(A), unless the district
court extends the appeal period under
Fed. R.App. P. 4(a)(5) or reopens the ap-
peal period under Fed. R.App. P. 4(a)(6).
This appeal period is "mandatory and ju-
risdictional." *Browder v. Director, Dep't
of Corr.,* 434 U.S. 257, 264, 98 S.Ct. 556, 54
L.Ed.2d 521 (1978) (quoting *United States
v. Robinson,* 361 U.S. 220, 229, 80 S.Ct.
282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered
on the docket on November 12, 2003. The
notice of appeal was filed on December 29,
2003.* Because Daniels failed to file a
timely notice of appeal or to obtain an
extension or reopening of the appeal peri-
od, we dismiss the appeal. We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*DISMISSED*

---

\* For the purpose of this appeal, we assume this date is the date the notice of appeal was delivered to prison officials for mailing to the court. *See* Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).